IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01152-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development

      Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ,
MARCUS J. GOLZ,
MATTHEW J. GOLZ,
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ, and
BOULDER COUNTY, a political subdivision of the State of Colorado.

      Defendants.

## BOULDER COUNTY'S DISCLAIMER OF INTEREST

      Defendant Boulder County disclaims any right, title, or interest in the real property described in the Complaint for Foreclosure for the following reasons:

      1.    According to the Complaint for Foreclosure, Boulder County was named as a party to this action because of real property taxes that may be due and owing for the subject property. Boulder County has no interest in this judicial foreclosure action and takes no position on the merits.

      2.    There are no delinquent property taxes, and property tax debt would be unaffected by this proceeding. Property taxes for 2017, payable in 2018, constitute a lien and have priority over all other liens, pursuant to C.R.S. §39-1-107.

2

Respectfully submitted this 19th day of June, 2017.

                                                BOULDER COUNTY ATTORNEY

                                                By:  *s/ David Hughes*
                                                David Hughes
                                                Deputy County Attorney

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of June, 2017, I electronically filed the foregoing **BOULDER COUNTY'S DISCLAIMER OF INTEREST** via U.S. District Court electronic filing service, which will electronically serve the same upon:

Shiwon Choe, Esq.
Elizabeth M. Froehlke, Esq.
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO  80202
shiwon.choe@usdoj.gov
elizabeth.froehlke@usdoj.gov

                                                *s/ David Hughes*
                                                David Hughes