IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-01152-MEH | Date: | July 18, 2017 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                       *Counsel:*

BENJAMIN S. CARSON                                                          Shiwon Choe
                                                                                                    Elizabeth Froehlke

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ                                              Edward Nottingham
WILLIAM J. GOLZ
MARCUS J. GOLZ                                                                     (no appearance)
MATTHEW J. GOLZ                                                                  (no appearance)
UNKNONW HEIRS AN DCLAIMANTS OF THE                        (no appearance)
ESTATE OF VERNA MAE GOLZ

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**      **11:00 a.m.**

The Court calls case.   Appearances of counsel.

The Court left a message for Marcus J. Golz at 406-439-4576.   The Court contacted Matthew J. Golz at 406-581-0781.   Matthew J. Golz advised the Court that he could not participate in the hearing.

Discussion was held regarding the status of the case and the need for a scheduling order.

**ORDERED:**   A Status Conference is set for **August 8, 2017 at 11:30 a.m**. before Magistrate Judge Michael E. Hegarty, Courtroom A501, Arraj Courthouse, Denver.

**ORDERED:**   A copy of these minutes are to be mailed to Marcus Golz at 552 Hillsdale St, Helena, Montana, 59601 and to Matthew Golz at 565 Congress Ave., Havre de Grace, Maryland, 21078.

**Court in recess:**   **11:15 a.m.**   (Hearing concluded)
Total time in court:   0:15

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.