IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-01152-MEH | Date: | August 8, 2017 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*　　　　　　　　　　　　　　　　　　　*Counsel:*

BENJAMIN S. CARSON,　　　　　　　　　　　Elizabeth Froehlke

　　　Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,　　　　　　　Edward Nottingham
WILLIAM J. GOLZ,
MARCUS J. GOLZ,　　　　　　　　　　　　　(No counsel)
MATTHEW J. GOLZ,　　　　　　　　　　　　(No counsel)
UNKNOWN HEIRS AND CLAIMANTS OF THE　(No counsel)
ESTATE OF VERNA MAE GOLZ,

　　　Defendants.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:　　11:25 a.m.**

The Court calls case.   Appearances of counsel.

The Court left messages for Marcus J. Golz at 406-439-4576, and for Matthew J. Golz at 406-581-0781.

The parties will draft a Proposed Scheduling Order to submit to the Court.   The Court will execute and file the final Scheduling Order without a Scheduling Conference if all parties are in agreement.

**Final Pretrial Conference:　May 14, 2018 at 10:30 a.m**. before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:   11:40 a.m.**          (Hearing concluded)
Total time in court:    0:15

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.