IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01152-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

      Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ,
MARCUS, J. GOLZ,
MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2017**.

This matter comes before the Court *sua sponte* based on its discussion with the parties at the Status Conference on August 8, 2017, regarding the deadline for consent to jurisdiction of the magistrate judge. The local rule provides:

> Unless otherwise ordered, each party shall complete and file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form no later than (a) seven days before the scheduling conference, if any; or (b) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.

D.C. Colo. LCivR 40.1(c)(4). An answer has been filed in this case and the Court has ordered no scheduling conference if the parties can agree on a proposed scheduling order; therefore, it is likely this case will not fall within the parameters of the local rule. As such, the Court will set a deadline for consent once the scheduling order is filed and/or the parties provide more information about the Defendants who have not yet appeared in the case.