IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01152-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ,
MARCUS, J. GOLZ,
MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2017.**

    For good cause shown, Plaintiff's partially opposed Motion to Amend the Scheduling Order [filed December 7, 2017; ECF No. 68] is **granted**. The Court overrules the objection by Defendants Estate of Verna Mae Golz and William J. Golz essentially seeking an *indefinite* stay of this action pending their retention of substitute counsel.

    The Court vacates the deadlines and conference dates set forth in the current Scheduling Order (ECF No. 49) and orders the parties to prepare and file a revised proposed Scheduling Order on or before January 11, 2018. The parties shall utilize the form Scheduling Order found on the court's website at www.cod.uscourts.gov/forms.