IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01152-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ,
MARCUS, J. GOLZ,
MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2018.**

    Plaintiff's Motion for Scheduling Status Conference [filed February 21, 2018; ECF No. 85] and Defendant's Response to Plaintiff's Opposed Proposed Scheduling Order and [Motion] that the Court Adopt the Discovery Agreed [filed February 21, 2018; ECF No. 86] are **granted in part and denied in part** as follows.

    The Court will hold a Status Conference on **April 16, 2018 at 10:00 a.m.** (Mountain) in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    If this date is not convenient, the parties shall confer and contact my Chambers to obtain an alternate date. All parties must be present or copied if they wish to change the conference date by telephone or email; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    The parties shall be prepared to discuss the opposed proposed scheduling orders (ECF Nos. 85-1 and 86), the status of the case, and whether the parties consent to the jurisdiction of the magistrate judge. *See* ECF No. 49.

    Defendant Golz may appear at this conference by telephone by calling my chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).