IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ,
MARCUS, J. GOLZ,
MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2018**.

    Before the Court is Plaintiff's Statement Concerning Pro Se Representation of the Estate [ECF No. 102]. On or before May 11, 2018, Defendant William J. Golz shall file a written response to the motion, including documents and/or testimony, that answers the questions posed by the relevant caselaw as to whether (1) Dr. Golz is the sole beneficiary of the Estate, and (2) there are creditors of the Estate other than the Plaintiff.

    Also before the Court is Dr. Golz's "Position Paper on Proceeding Pro Se and Motion to Dismiss the Estate as a Defendant" [ECF No. 103]. Citing to attached exhibits, Dr. Golz contends that any claims against the Estate of Verna Mae Golz are time-barred and that the property belonging to the Estate has been transferred to himself. Because Dr. Golz, who is proceeding pro se in this case, wishes to support his Motion to Dismiss (liberally construed as brought pursuant to Fed. R. Civ. P. 12(b)(6)) with documents outside the pleadings, it is proper to inform the parties that the Court will convert the motion into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & Cty. of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996).

    Consequently, the parties may respond to the materials already submitted by Dr. Golz with any "material that is pertinent to the motion." Fed. R. Civ. P. 12(d). Briefing on the motion will proceed in accordance with D.C. Colo. LCivR 56.1 ("Unless otherwise ordered, a response shall be filed no later than 21 days after the date of service of the motion, and a reply may be filed no later than 14 days after the date of service of the response.").