FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 07 2018
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ, MARCUS J. GOLZ, MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

    Defendants.

## DEFENDANT'S RESPONSE TO THE COURT'S APRIL-27 ORDER TO ADDRESS PRO-SE REPRESENTATION OF THE ESTATE

During the April-16, 2018 Status Conference, Magistrate Michael E. Hegarty ("**Magistrate Hegarty**") stated that he had initiated research into, and had doubts about, whether the Court could allow defendant William J. Golz (the "**Defendant**") to represent the Estate. *See* ECF 99. As noted in Plaintiff's Statement Concerning *Pro Se* Representation of the Estate, "the Court had initially requested that the United States submit a brief on whether the Estate is in default as it is currently unrepresented by counsel[,]" ECF 102, at 1, fn. 1, whereafter Plaintiff concluded that, "[i]f Dr. Golz is the sole beneficiary of the Estate, and if there are no other creditors than Plaintiff, then Dr. Golz may be permitted to appear *pro se* to represent the Estate in this proceeding." ECF 102, at 1, ¶ 2.

Declining to answer Defendant's antecedent April-25 argument – that, as a matter of law, the Court must dismiss the Estate because it was no longer the nominal owner of the Property and because no claims against it were timely filed, *see* ECF 103, at 11 – on April 27, 2018, Mag-

1

istrate Hegarty issued a Minute Order stating: "On or before May 11, 2018, Defendant William J. Golz shall file a written response to the motion [*sic*], including documents and/or testimony, that answers the questions posed by the relevant caselaw as to whether (1) Dr. Golz is the sole beneficiary of the Estate, and (2) there are creditors of the Estate other than the Plaintiff[,]" (the "**Court's Questions**"). ECF 105, ¶ 1.

Defendant responds as follows: As the Court was notified (*see* ECF 103, at 11), on April 23, 2018, the Estate's property at 130 Beaver Creek Drive, which was the only asset in the Estate, was distributed to its intended beneficiary with a Personal Representative's Deed that was recorded with the Boulder County Clerk on April 24 bearing Record No. 03651957. **Exhibit A**. Then, whereas no claims against the Estate had been presented within the time period allowed by law (*see* ECF 106, at 5, ¶¶ 4 and 5), and, therefore, there could be no claims in pendency, on May 2, 2018, Jon Kitchel, Esq., who had opened Probate for the Estate four years ago (*see* ECF 64, ¶ 50 and ECF 81, at 11) notarized the signature of Defendant as the Estate's Personal Representative on the Probate Closing Statement, which was filed by the Clerk of the Superior Court of Maricopa County of even date, **Exhibit B**, obviating the Court's Questions.

DATED at Scottsdale, Arizona this 4th day of May, 2018.

                                                                   Respectfully submitted,

                                                                   s/William J. Golz
                                                                   ***William J. Golz, Ph.D.***
                                                                   Defendant, pro se
                                                                   29714 N. 152nd Way
                                                                   Scottsdale, AZ 85262
                                                                   Phone/Facsimile: (480) 816-5019
                                                                   Email: wgolz@alumni.lsu.edu

# Exhibit A

03651957   04/24/2018 11:17 AM
RF: $13.00   DF: $0.00   Page: 1 of 1
Electronically recorded in Boulder County Colorado. Recorded as received.

# PERSONAL REPRESENTATIVE'S DEED
(Testate Estate)

THIS DEED is made by WILLIAM J. GOLZ, as Personal Representative of the ESTATE OF VERNA MAE GOLZ, also known as VERNA M. GOLZ, deceased, Grantor, to WILLIAM J. GOLZ, whose legal address is 29714 North 152nd Way, Scottsdale, AZ 85262, Grantee.

WHEREAS, the Last Will and Testament of the above-named decedent was made and executed in the lifetime of the decedent, and is dated May 19, 2010, which Will was duly admitted to informal probate on September 16, 2014 by the Superior Court in and for the County of Maricopa, State of Arizona, Case No. PB2014-051759, and subsequently admitted by the District Court in and for the County of Boulder, State of Colorado as an Ancillary Filing, Probate No. 2014-PR-160;

WHEREAS, Grantor was duly appointed Personal Representative of said Estate on September 16, 2014, and the Colorado Certificate of Ancillary Filing – Decedent's Estate, issued on September 26, 2014, and the duly appointed Personal Representative is now qualified and acting in said capacity.

NOW THEREFORE, pursuant to the powers conferred upon Grantor by the Colorado Probate Code, Grantor does hereby sell, convey, assign, transfer and set over unto said Grantee, as the person entitled to distribution of the property in the above captioned Will, the following described real property situate in the County of Boulder, State of Colorado:

**LOT 19, BEAVER VALLEY ESTATES,
COUNTY OF BOULDER, STATE OF COLORADO.**

also known by street and number as: 130 Beaver Creek Drive, Nederland, Colorado

With all appurtenances, subject to covenants, easements and restrictions of record, and subject to general property taxes for the year 2018 and subsequent years.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Executed: April 23, 2018

WILLIAM J. GOLZ
Personal Representative of the
ESTATE OF VERNA MAE GOLZ, Deceased

STATE OF COLORADO   )
                    ) ss:
COUNTY OF BOULDER   )

The foregoing instrument was acknowledged before me this 23rd day of April, 2018, by WILLIAM J. GOLZ, as Personal Representative of the ESTATE OF VERNA MAE GOLZ, Deceased.

Witness my hand and official seal.

My commission expires: 8/3/19

[SEAL]

PETER J ENICHEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954012089
MY COMMISSION EXPIRES AUG. 3, 2019

Notary Public

# Exhibit B

Person Filing: William J. Golz
Address (if not protected): 29714 N 152nd Way
City, State, Zip Code: Scottsdale, AZ 85262
Telephone: (480) 816-5019
Email Address: wgolz@alumni.lsu.edu
Lawyer's Bar Number: N/A
Licensed Fiduciary Number: N/A
Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

**COPY**
MAY 0 2 2018
CHRIS DEROSE, CLERK
J. OLSON
DEPUTY CLERK
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

In the Matter of the Estate of:

Verna Mae Golz
(Name of the person who died)

Case Number PB PB2014-051759

**CLOSING STATEMENT and
PROOF OF MAILING/DELIVERY
CLOSING STATEMENT**

I am the Personal Representative of this Estate, and I make these statements under oath.

1. **Appointment as Personal Representative.** I was appointed as the Personal Representative of this Estate on September 16, 2014 (date), more than four months before the date of this Closing Statement.

2. **Notice to Creditors.** The Notice to Creditors was published according to law. The first publication occurred on September 26, 2014 (date), more than four months before the date of this Closing Statement.

3. **Administration of Estate.** The Estate has been fully administered by making payment, settlement or other disposition of all expenses of administration, and all taxes and claims that have accrued against the Estate with the following exceptions: (List the exceptions.)
   _____
   _____
   _____

4. **Distribution of Assets.** I have distributed all of the assets of the Estate to the persons entitled to distribution.

5. **Mailing Closing Statement.** I am sending a copy of this Closing Statement to all of the people to whom I distributed property of this Estate, to all people whose interests are affected by the administration of the Estate, and to all creditors or other claimants whose claims against the Estate are not barred or were not paid.

6. **Accounting.** I have mailed or delivered a copy of the full written accounting of the Estate to the people whose interests are affected by the administration of the Estate, including guardians ad litem, conservators and guardians.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

PBIP87f 061716
Use current form

Case No. PB2014-051759

7. **Claims.** With respect to any claim listed above in paragraph 3 that has not been paid and that is not barred, I have distributed the Estate subject to possible liability, with the agreement of the distributees, or the following arrangements have been made to accommodate outstanding liabilities: (List arrangements.)

_____
Signature of Personal Representative

STATE OF ARIZONA   )
County of MARICOPA )ss.

I, being duly sworn, state that I am the Personal Representative for the above Estate, and that the statements in the Closing Statement are accurate and complete to the best of my knowledge and belief. I also state that a copy of this closing statement was mailed to the following individuals on the date(s) and at the address(es) below.

_____
Signature of Personal Representative

This Closing Statement was subscribed and sworn to before me this ___2nd___ day of ___MAY___, _2018_, by the above named person.

STATE OF ___ARIZONA___

COUNTY OF ___MARICOPA___

Subscribed and sworn to or affirmed before me this: ___MAY 2, 2018___ by
                                                         (date)
___WILLIAM J. GOLZ___.

(notary seal)  
Jon D. Kitchel  
Notary Public - Arizona  
Maricopa County  
My Commission Expires  
August 25, 2020

_____
Deputy Clerk or Notary Public

A copy of the Closing Statement was mailed to the following individuals:

| Name | Address | Date Mailed/Delivered |
|---|---|---|
| Benjamin S. Carson, M.D.; Secretary of HUD; Washington, DC | | (05/02/18) |
| Marcus J. Golz, P.E.; 552 Hillsdale St.; Helena, MT 59601 | | (05/02/18) |
| Matthew J. Golz; 565 Congress Ave.; Havre De Grace, MD 21078 | | (05/02/18) |

© Superior Court of Arizona in Maricopa County  Page 2 of 2  PBIP87f 061716
ALL RIGHTS RESERVED                                           Use current form

## **CERTIFICATE OF SERVICE**

I hereby certify that I will transmit the foregoing by commercial carrier for delivery on a date not later than May 11, 2018 to the Clerk of Court whom will send notification of such filing to any party who has entered an appearance in this matter to the email addresses on file with CM/ECF. I hereby further certify that I will send the foregoing to the following, named, non-CM/ECF participants (via the manner indicated in parentheses):

    Marcus J. Golz (U.S. Mail and email)
    552 Hillsdale Street
    Helena, Montana 59601
    golzmj@gmail.com

    Matthew J. Golz (U.S. Mail and email)
    565 Congress Avenue
    Havre de Grace, Maryland 21078
    threecando@gmail.com

DATED at Scottsdale, Arizona this 4th day of May, 2018.

                                        s/William J. Golz
                                        *William J. Golz, Ph.D.*
                                        Defendant, pro se