IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ, MARCUS J. GOLZ, MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 07 2018
JEFFREY P. COLWELL
CLERK

## DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S APRIL-27 MINUTE ORDER CONVERTING DEFENDANT'S MOTION TO DISMISS TO A MOTION FOR SUMMARY JUDGMENT

On April 23, 2018, the Estate ceased to be the nominal owner of the Property, consequent to which, on April 25, 2018, William J. Golz, ("**Dr. Golz**"), filed a Motion to Dismiss the Estate as a Defendant, ECF 103, predicated upon the point of law that, since no claims against the Estate were timely filed, and that any claim against the Estate was barred prior to the date Plaintiff filed this foreclosure action, the Court must dismiss the Estate as a matter of law.

Declining to answer the legal question which was the only basis upon which Dr. Golz moved for dismissal of the Estate as a defendant, the Court issued an ambiguous Minute Order dated April 27, 2018, ECF 105, (the "**Minute Order**"), stating, incorrectly, *see* ECF 106, that because Dr. Golz wishes "to support his Motion to Dismiss (liberally construed as brought pursuant to Fed. R. Civ. P. 12(b)(6)) with documents outside the pleadings, it is proper to inform the parties that the Court will convert the motion into a Motion for Summary Judgment pursuant to Fed.

1

R. Civ. P. 56[,]" and that, "[c]onsequently, the parties may respond to the materials already submitted by Dr. Golz with any 'material that is pertinent to the motion.' Fed. R. Civ. P. 12(d)."

Dr. Golz, who must prepare a defense to the unspecified claim, or issue, that Magistrate Hegarty created, and is bringing before the Court *sua sponte* for Summary Judgment, with a vague reference to "documents outside the pleadings," moves the Court for the following clarification:

> (i)   A detailed description of each of the "documents outside the pleadings" that the Magistrate is referring to in the Minute Order, ECF 105, ¶ 2,
>
> (ii)  A detailed description of "the materials already submitted by Dr. Golz[,]" ECF 105, ¶ 3,

and, whereas Dr. Golz moved the Court to Dismiss the Estate as a defendant as a matter of law, and whereas the Estate is not on trial and cannot, therefore, be subject to summary judgment:

> (iii) A detailed specification of the claim, or issue, that Magistrate Hegarty is bringing before the Court for "Summary Judgment pursuant to Fed. R. Civ. P. 56." ECF 105, ¶ 2.

DATED at Scottsdale, Arizona this 5th day of May, 2018.[1]

Respectfully submitted,

s/William J. Golz
*William J. Golz, Ph.D.*
Defendant, pro se
29714 N. 152nd Way
Scottsdale, AZ 85262
Phone/Facsimile: (480) 816-5019
Email: wgolz@alumni.lsu.edu

---

1   Dr. Golz was not aware of the need for this Motion, which does not request that the Court take any action that would affect Plaintiff's rights, prior to Saturday, May 5, when he wrote and transmitted this Motion via email to Plaintiff's counsel with a request for a response prior to mailing it on May 5. Dr. Golz did not receive a response from Plaintiff's counsel and therefore presumes that this Motion is not unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that I will transmit the foregoing by commercial carrier for delivery to the Clerk of Court whom will send notification of such filing to any party who has entered an appearance in this matter to the email addresses on file with CM/ECF. I hereby further certify that I will send the foregoing to the following, named, non-CM/ECF participants (via the manner indicated in parentheses):

>Marcus J. Golz (U.S. Mail and email)
>552 Hillsdale Street
>Helena, Montana 59601
>golzmj@gmail.com
>
>Matthew J. Golz (U.S. Mail and email)
>565 Congress Avenue
>Havre de Grace, Maryland 21078
>threecando@gmail.com

DATED at Scottsdale, Arizona this 5th day of May, 2018.

>s/William J. Golz
>*William J. Golz, Ph.D.*
>Defendant, pro se

A&#x1D5B;&#x1D5B;&#x1D5C;:   **Civil Action No. 17-cv-1152-RBJ-MEH**

Tᴏ:     Clerk's Office
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, Colorado 80294-3589
Phone: (303) 844-3433

Fʀᴏᴍ:     William J. Golz, Ph.D.
Defendant, pro se
29714 N. 152nd Way
Scottsdale, AZ 85262-6942
Phone/Fax: (480) 816-5019
Email: wgolz@alumni.lsu.edu