FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 09 2018

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ, MARCUS J. GOLZ, MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

Defendants.

---

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO**
**DR. GOLZ'S MOTION FOR CLARIFICATION**

---

It is unfortunate that Assistant United States Attorney ("**AUSA**") Jasand Mock does not feel that it is unacceptable to offer an obviously incomplete, and misleading, record of the facts to the Court thus requiring this Defendant to correct the record by furnishing the balance of the facts. In Plaintiff's Response to Dr. Golz's Motion for Clarification, ECF 110, AUSA Mock states:

> Dr. Golz's footnote in that motion, however, represents to the Court that he "transmitted this Motion via email to Plaintiff's counsel with a request for a response prior to mailing it on May 5" and that he "did not receive a response from Plaintiff's counsel..." Doc. 109 at 2 n.1. That statement is not accurate. As the email exchange reproduced on the next page shows, Plaintiff's counsel responded to Dr. Golz's email within six minutes, explaining that Plaintiff takes no position on Dr. Golz's motion.

The "email exchange reproduced on the next page" in AUSA Mock's Response provides only his reply to Dr. Golz's first email omitting Dr. Golz's email replying to AUSA Mock on May 6, 2018 at 9:21 p.m. MST (Arizona Time), which is reproduced below, verbatim:

> Mr. Mock:
>
> I was pressed for time to get to the drop-off point prior to the Saturday pick-up time and unable to receive your reply before mailing the motion. The footnote did, however, make it clear to the Court that it was my inability to foresee the need for the motion in advance that resulted in my not contacting you sooner, and, as submitted, the footnote simply states that I presumed the motion was not unopposed, which is accurate as Plaintiff took no position.
>
> William Golz, Ph.D.
> Email wgolz@alumni.lsu.edu

*See* **Exhibit A.**

DATED at Scottsdale, Arizona this 7th day of May, 2018.

Respectfully submitted,

s/William J. Golz
***William J. Golz, Ph.D.***
Defendant, pro se
29714 N. 152nd Way
Scottsdale, AZ 85262
Phone/Facsimile: (480) 816-5019
Email: wgolz@alumni.lsu.edu

# Exhibit A

**Subject:** Re[2]: Motion for Clarification.
**From:** "wgolz" <wgolz@alumni.lsu.edu>
**Sent:** 5/6/2018 9:21:03 PM
**To:** "Mock, Jasand (USACO)" <Jasand.Mock@usdoj.gov>

Mr. Mock,

I was pressed for time to get to the drop-off point prior to the Saturday pick-up time and unable to receive your reply before mailing the motion. The footnote did, however, make it clear to the Court that it was my inability to foresee the need for the motion in advance that resulted in my not contacting you sooner, and, as submitted, the footnote simply states that I presumed the motion was not unopposed, which is accurate as Plaintiff took no position.

William Golz, Ph.D.
Email wgolz@alumni.lsu.edu

-IMPORTANT-
This email is covered by the electronic communications privacy act, 18 u.s.c. 2510-2521 and is legally privileged. The information contained in this message is confidential and is intended only for the use of the individual or entity named above. Any unauthorized disclosure or distribution of this information is prohibited. If you are not the intended recipient, please notify me immediately by returning it to me and deleting this copy from your system.

------ Original Message ------
From: "Mock, Jasand (USACO)" <Jasand.Mock@usdoj.gov>
To: "wgolz" <wgolz@alumni.lsu.edu>
Sent: 5/5/2018 5:43:52 PM
Subject: RE: Motion for Clarification.

Dr. Golz,

Plaintiff takes no position on this motion. Please revise footnote 1 accordingly.

Jasand Mock
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tel: (303) 454-0282
jasand.mock@usdoj.gov

---

**From:** wgolz [mailto:wgolz@alumni.lsu.edu]
**Sent:** Saturday, May 5, 2018 6:38 PM
**To:** Mock, Jasand (USACO) <jmock@usa.doj.gov>
**Subject:** Motion for Clarification.

Mr. Mock,

I did not recognize the need for a motion for clarification until a short while ago. Since it does not make any request of the Court that would affect Plaintiff's rights, but only requests

clarification, which I require as soon as possible to prepare a defense, I must transmit it by mail today. As I have noted in a footnote on page two of the motion, I am transmitting a copy to you with this email with the presumption that the motion is not unopposed (notwithstanding that it would be difficult to envision any basis for Plaintiff's opposition).

William Golz, Ph.D.
wgolz@alumni.lsu.edu

**CERTIFICATE OF SERVICE**

I hereby certify that I will transmit the foregoing by U.S. mail for delivery to the Clerk of Court whom will send notification of such filing to any party who has entered an appearance in this matter to the email addresses on file with CM/ECF. I hereby further certify that I will send the foregoing to the following, named, non-CM/ECF participants (via the manner indicated in parentheses):

Marcus J. Golz (U.S. Mail and email)
552 Hillsdale Street
Helena, Montana 59601
golzmj@gmail.com

Matthew J. Golz (U.S. Mail and email)
565 Congress Avenue
Havre de Grace, Maryland 21078
threecando@gmail.com

DATED at Scottsdale, Arizona this 7th day of May, 2018.

s/William J. Golz
***William J. Golz, Ph.D.***
Defendant, pro se