IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

ESTATE OF VERNA MAE GOLZ,
WILLIAM J. GOLZ,
MARCUS, J. GOLZ,
MATTHEW J. GOLZ, and
UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 17, 2018.**

    Before the Court are Plaintiff's Statement Concerning Pro Se Representation of the Estate [ECF No. 102] and Dr. Golz' response [ECF No. 108]. After review of the documents, the Court seeks Plaintiff's position on the information provided by Dr. Golz; therefore, the Plaintiff shall file a reply brief **on or before May 24, 2018**.

    Also before the Court is Dr. Golz's "Position Paper on Proceeding Pro Se and Motion to Dismiss the Estate as a Defendant" [ECF No. 103]. The day after the motion was filed, the Court informed the parties that, because Dr. Golz chose to support his Motion to Dismiss (liberally construed as brought pursuant to Fed. R. Civ. P. 12(b)(6)) with documents outside the pleadings, the Court would convert the motion into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & Cty. of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). The Court also ordered that briefing on the motion would proceed in accordance with D.C. Colo. LCivR 56.1 ("Unless otherwise ordered, a response shall be filed no later than 21 days after the date of service of the motion, and a reply may be filed no later than 14 days after the date of service of the response.").

    However, since that time, Dr. Golz filed an objection and motion to strike the Court's order, Judge Jackson overruled the objection, and Dr. Golz filed a motion for clarification of the order, which the Court clarified on May 8, 2018. Given these circumstances and in the interest of judicial efficiency, the Court **extends** the deadline for Plaintiff to respond to Dr. Golz' motion for summary judgment **to May 24, 2018**. Dr. Golz may file a reply brief in support of his motion within fourteen days after the response is served.