IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:17-cv-01152-RBJ-MEH | Date: | January 23, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

BENJAMIN S. CARSON,                                                  Jasand Mock

    Plaintiff,

v.

| | |
|---|---|
| ESTATE OF VERNA MAE GOLZ, | (no appearance) |
| WILLIAM GOLZ, | (no appearance) |
| MARCUS J. GOLZ, | (no appearance) |
| MATTHEW J. GOLZ, | (no appearance) |
| UNKNOWN HEIRS AND CLAIMANTS OF THE ESTATE OF VERNA MAE GOLZ, | (no appearance) |

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

---

**Court in session:**     **10:33 a.m.**

The Court calls case. Plaintiff's counsel appeared by telephone. Annette Golz (wife of William Golz) attended by telephone.   She was advised that as a *pro se* defendant, she could not represent William Golz's interests. The Court gave Mrs. Golz the contact information for Meredith Callan, pro bono counsel contacted to represent the Estate of Verna Mae Golz.

A separate Order to Show Cause will be issued as to why a default judgment should not be entered in favor of the plaintiff.

**Court in recess:**     **10:42 a.m.**     (Hearing concluded)
Total time in court:     0:09

---

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.