FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAR -8 PM 2:50

COURTNEY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

    Plaintiff,

v.

WILLIAM J. GOLZ

    Defendant.

---

## OBJECTION TO THE SHORTENING OF DEADLINES
## AND
## NOTICE OF INTENT TO FILE A LIMITED OBJECTION TO ECF 156

---

### I. OBJECTION TO THE SHORTENING OF DEADLINES

On March 6, 2019, the District Judge filed "Minute Order re: 156 Recommendation Of United States Magistrate Judge" stating that "the Court shortens the time for filing an objection. Unless either party advises the Court no later than March 11, 2019 that it will object, the Court will accept the recommendation[.]" ECF 157.

As this Court knows, Defendant William J. Golz is not a CM/ECF participant and does not always have access to a computer or email. If ECF 156 was mailed on March 5, or March 6, 2019, and if ECF 157 was mailed on March 6 or March 7, 2019, those documents may not reach Defendant, who lives in a rural area, until March 11, 2019, thus abridging Defendant's right to object which is necessary to preserve the record on appeal.

As Defendant has advised, it appears inevitable that the issues to be decided on appeal will include the following: (i) that no set of facts could give this Court the jurisdiction to refuse Defendant's repeated requests to dismiss the Estate as a defendant following transfer of the property and closure of probate, see, e.g., ECF Nos. 103–116;[1] and that the deed of trust did not give Plaintiff the claimed right to: (ii) forcibly enter Defendant's occupied home in violation Colorado's forcible entry and detainer and trespass statutes; or (iii) to interfere with Defendant's family's possessory right by changing the locks, or to conduct a search, both of which violated the Fourth Amendment. See ECF 129, Exs. A–C, and ECF 131.

For the reasons above, Defendant objects to the Court's shortening of the deadline to file a limited objection to ECF 156 as an abridgment of his right to preserve the record on appeal and objects to any future shortening of deadlines.

## II. NOTICE OF INTENT TO FILE A LIMITED OBJECTION TO ECF 156

This will notify the Court that Defendant intends to file a detailed, limited objection to ECF 156 granting the Motion to Dismiss the Estate as a Defendant. ECF 103, at 11, ¶ 2; and see ECF Nos. 104–116

The Recommendation of United States Magistrate Judge, ECF 156, states, in relevant part, "that all parties shall have fourteen (14) days after service hereof to serve and file any written objections[,] Fed. R. Civ. P. 72[,]" and that "the

---

[1] Defendant's May 22, 2018 Reply in Support of Defendant's Motion to Dismiss the Estate as a Defendant, ECF 116, followed a series of other requests to dismiss the Estate and concluded: "Defendant respectfully requests that this Court dismiss the Estate as a defendant without further delay."

failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual and legal findings of the Magistrate Judge that are accepted or adopted by the District Court." ECF 156, at 3, n.1.

Defendant is served by mail whereby three (3) days are added to the filing deadline. Fed.R.Civ.P. 6(d). Defendant has not yet received ECF 156. If ECF 156 was mailed on March 5, or March 6, 2019, the filing deadline for Defendant's limited objection is March 22, or March 23, 2019, respectively.

DATED this 7th day of March, 2019.

Respectfully Submitted,

/s/

William J. Golz, Ph.D.
*Defendant, Pro Se*
29714 North 152nd Way
Scottsdale, Arizona 85262
Phone: (480) 816-5019

3

## CERTIFICATE OF SERVICE

I hereby certify that I have transmitted the foregoing document to the following parties via email: Assistant United States Attorney Jasand Mock and District Judge R. Brooke Jackson. I further certify that I will transmit the foregoing to AB Document Services for hand delivery to the Clerk of the Federal District Court for the District of Colorado who will send notification of such filing to any party who has entered an appearance in this matter to the email addresses on file with CM/ECF.

DATED this 7th day of March, 2019.

William J. Golz, Ph.D.
*Defendant, Pro Se*