```
                                                                    FILED
                                                         UNITED STATES DISTRICT COURT
                                                               DENVER, COLORADO

                                                              APR 12 2019

                                                           JEFFREY P. COLWELL
                                                                   CLERK
```

| | |
|---|---|
| **Subject:** | Fw: 17-cv-01152 (Courtesy Copy of Notice of Errata) |
| **From:** | "wgolz" <wgolz@alumni.lsu.edu> |
| **Sent:** | 4/10/2019 6:26:29 AM |
| **To:** | "Jackson_Chambers@cod.uscourts.gov" <Jackson_Chambers@cod.uscourts.gov> |
| **CC:** | "jasand.mock@usdoj.gov" <jasand.mock@usdoj.gov>;"robin.allison@usdoj.gov" <robin.allison@usdoj.gov>;"dhughes@bouldercounty.org" <dhughes@bouldercounty.org>;"cpeterson@bouldercounty.org" <cpeterson@bouldercounty.org>;"jcoil@bouldercounty.org" <jcoil@bouldercounty.org>;"kgoodnight@bouldercounty.org" <kgoodnight@bouldercounty.org>;"nleadens@bouldercounty.org" <nleadens@bouldercounty.org>;"rnelson@bouldercounty.org" <rnelson@bouldercounty.org> |
| **BCC:** | "Annette Golz" <annette.golz@gmail.com> |
| **Attachments:** | Notice of Errata in ECF 166 w Exh A & COS (04-08-19).pdf; Ltr to J Colewell re Docket w Encls 1-5 (04-10-19).pdf |

Judge Jackson:

The email appended below was transmitted to you and Mr. Mock at 5:27 a.m. MST (6:27 a.m. MST) to which I attached "Notice of Errata in ECF 166 w Exh A & COS (04-08-19).pdf" due the recent loss of documents by the Clerk's Office.

This email also attaches a letter to the Clerk with enclosures providing my reasons for asking you to direct the Clerk to add the letter and its enclosures as an addendum to the docket in 17-cv-1152. *E.g., Pearson v. Gatto*, 933 F.2d 521, 527 (7th Cir. 1991) (holding a letter submitted by a pro se plaintiff should have been construed as an amended complaint); *see also Cooper v. Sheriff, Lubbock County, Texas*, 929 F.2d 1078, 1081 (5th Cir. 1991) (holding a pro se plaintiff's reply to the defendant's answer should have been construed as a motion to amend the complaint); *and see Hajjar–Nejad v. George Wash. Univ.*, 873 F.Supp.2d 1 (D.D.C. 2012) (While '[a]ll pleadings shall be so construed as to do substantial justice,' Fed.R.Civ.P. 8(f), a document filed by a party proceeding pro se must be 'liberally construed,' *Erickson v. Pardus*, 551 U.S. 89, 94, 127 S.Ct. 2197, 167 L.Ed.2d 1081 (2007)(per curiam ) (quotation marks omitted).

I have copied all recipients to whom Mr. Mock transmitted your final orders. Until receiving an April-5, 2019 copy of a CM/ECF notice from Mr. Mock, I was not aware that the County was receiving electronic case filings after having disclaimed interest on June 19, 2017. ECF 11. It follows that the County must have some interest in this case, and this notice will allow them to evaluate opposing arguments, follow the appeals' process, and ascertain what their liability, including under the Fourth Amendment, could be under a forcible entry and detainer action when entry was with strong hand but without court order as in the December-2, 2016 break in at our Property.

Sincerely,
William Golz, Ph.D.
wgolz@alumni.lsu.edu

------ Forwarded Message ------
From: "wgolz" <wgolz@alumni.lsu.edu>

To: "jasand.mock@usdoj.gov" <jasand.mock@usdoj.gov>
Cc: "Jackson_Chambers@cod.uscourts.gov" <Jackson_Chambers@cod.uscourts.gov>
Sent: 4/8/2019 5:27:44 AM
Subject: 17-cv-01152 (Courtesy Copy of Notice of Errata)

Gentlemen:

Due to the history of the Clerk's Office losing and delaying by several days the filing of documents, I am providing you with the attached Notice of Errata and Exhibit A, the corrected (Proposed) Second Amended Answer, and the Certificate of Service. To minimize the file size, I have intentionally omitted Exhibit B, the blackline of ECF 166, which will be hand delivered today to the Clerk (along with the balance of the Notice of Errata attached to this email).

William Golz, Ph.D.
WGolz@alumni.lsu.edu
Research (full-text preprints)

- Los Alamos National Lab (search Author(s) "golz, w j") https://arxiv.org/search/
- Louisiana State University https://digitalcommons.lsu.edu/gradschool_dissertations/1995/
- National Sea Grant Library (search Author "golz") https://eos.ucs.uri.edu/EOSWebOPAC/OPAC/Index.aspx
- ResearchGate http://www.researchgate.net/profile/William_Golz/
- Academia.edu http://independent.academia.edu/WilliamGolz

-IMPORTANT-
This email is covered by the electronic communications privacy act, 18 u.s.c. 2510-2521 and is legally privileged. The information contained in this message is confidential and is intended only for the use of the individual or entity named above. Any unauthorized disclosure or distribution of this information is prohibited. If you are not the intended recipient, please notify me immediately by returning it to me and deleting this copy from your system.

| | |
|---|---|
| **Date** | April 10, 2019 |
| **To** | Jeffrey P. Colwell, Esq., Clerk of Court<br>Federal District Court for the District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, Room A-105<br>Denver, Colorado 80294-3589 |
| **Via** | Priority Mail, Certified No. 7018 0360 0001 6745 6860 |
| **From** | William J. Golz, Ph.D.<br>29714 N. 152nd Way<br>Scottsdale, AZ 85262-6942 |
| **Re** | Request that you enter this letter and its enclosures as an addendum to the Docket for 17-cv-1152 because ECF numbers 169–171 do not reflect the temporal order of their filing on April 8, 2019 which works a deception as to the facts available to Judge Jackson when he issued final orders. |

Dear Mr. Colwell:

As this case works it way through the higher courts—the Tenth Circuit[1] and, as appropriate, the Supreme Court[2]—the temporal order of the filing will be of material importance to the judicial officers and their law clerks as they review what documents were available to Judge Jackson when he issued his final orders.

On 4/8/19, at 5:27 a.m. MST (6:27 a.m. MDT), "Due to the history of the Clerk's Office losing and delaying by several days the filing of documents[,]" I transmitted via email to District Judge R. Brooke Jackson and AUSA Jasand Mock, Enclosure 1, a Notice of Errata to supersede Defendant's (Proposed) Second Amended Answer. That Notice of Errata was time stamped by the Clerk's Office as having been filed on 4/8/19 at 2:50 p.m. MDT, Enclosure 2, and was designated ECF 171. See Enclosure 3.

Ten hours and ten minutes after ECF 171 was served on Judge Jackson and AUSA Mock via email, and one hour and twenty seven minutes after the Clerk had filed ECF 171, Judge Jackon's "ORDER adopting [156] and [159] Report and Recommendations" was entered on "4/8/2019 at 4:17 PM MDT" as ECF 169. Enclosure 4. On "4/8/2019 at 4:39 PM MDT," the Judge's "Final Judgment" was entered as ECF 170. Enclosure 5.

It is noteworthy that Judge Jackson's "ORDER adopting [156] and [159] Report and Recommendations," ECF 170, purported to grant "[103] Motion to Dismiss

---

1   Previously filed petitions for extraordinary writs in the Tenth Circuit were designated Appellate Case Nos. 18-1373 and 19-1083.

2   Previously filed application for a stay in the Supreme Court was designated docket number 18A692.

Party." As the Judge knew, Defendant filed that motion to dismiss, ECF 103, on April 25, 2018, after a Boulder probate attorney had deeded the Property to Defendant, *cum onere*. ECF 103, Exhibit F. Judge Jackson, with ECF 104, referred Defendant's motion to dismiss to Magistrate Hegarty who converted it to a motion for summary judgment of foreclosure against the Estate. ECF 105. On May 7, 2018, Defendant noticed the Court that probate had been closed, ECF 108, Exhibit B, and moved for clarification of the Court's summary judgment, reiterating "that, as a matter of law, the Court must dismiss the Estate." ECF 108, at 1, ¶ 2. On May 8, the District Judge, ECF 111, referred that motion for clarification to the Magistrate, whom, of even date, renewed his assertion that the "motion [to dismiss] must be treated as one for summary judgment under Rule 56." ECF 112, at 2.

On May 17, 2018, AUSA Jasand Mock filed a response stating that, "Dr. Golz's motion to dismiss the Estate should be denied[,]" adding that, "[t]he [nonexistent] Estate remains a proper defendant." See ECF 171, Exhibit A, at 2–4 (§ I.D). Plaintiff and the judicial officers had claimed to have authority to maintain their summary judgment claim against the Estate for over eight months when, at a January-23, 2019 status-conference, Magistrate Hegarty stated that "it looks like the Government is simply going to win this case because an estate can't represent itself. It has to be represented by a lawyer and not by a natural person." See ECF 171, Exhibit A, at 61–63 (Seventh Defense, § 3).

Your entry of this letter and its enclosures will provide the only means for the judicial officers in the higher courts to know what facts were available to Judge Jackson when he issued his final orders on April 8, 2019. This is of crucial importance to the appeals' process in this case which embodies significant public policy issues which it appears will only be resolved in the Supreme Court. See ECF 171 (main), at 2 ¶ 2 to 3 ¶ and ECF 171, Exhibit A, at 42, ¶ 1 to 51 ¶ 2.

Please reply to let me know that you will promptly attend to entering this letter and its enclosures into the record as an addendum to the docket in 17-cv-1152 and that it will be available for transmittal to the Tenth Circuit.

Sincerely,



William J. Golz, Ph.D.

Enclosures

Cc: David Evan Hughes, *et al.* (email)
    Hon. R. B. Jackson (email and Certified Mail 7017 1450 0000 2894 4697)
    AUSA Jasand Mock (via email)

# Enclosure 1

| | |
|---|---|
| **Subject:** | 17-cv-01152 (Courtesy Copy of Notice of Errata) |
| **From:** | "wgolz" <wgolz@alumni.lsu.edu> |
| **Sent:** | 4/8/2019 5:27:44 AM |
| **To:** | "jasand.mock@usdoj.gov" <jasand.mock@usdoj.gov> |
| **CC:** | "Jackson_Chambers@cod.uscourts.gov" <Jackson_Chambers@cod.uscourts.gov> |
| **BCC:** | "Annette Golz" <annette.golz@gmail.com> |
| **Attachments:** | Notice of Errata in ECF 166 w Exh A & COS (04-08-19).pdf |

Gentlemen:

Due to the history of the Clerk's Office losing and delaying by several days the filing of documents, I am providing you with the attached Notice of Errata and Exhibit A, the corrected (Proposed) Second Amended Answer, and the Certificate of Service. To minimize the file size, I have intentionally omitted Exhibit B, the blackline of ECF 166, which will be hand delivered today to the Clerk (along with the balance of the Notice of Errata attached to this email).

William Golz, Ph.D.
WGolz@alumni.lsu.edu
Research (full-text preprints)

- Los Alamos National Lab (search Author(s) "golz, w j") https://arxiv.org/search/
- Louisiana State University https://digitalcommons.lsu.edu/gradschool_dissertations/1995/
- National Sea Grant Library (search Author "golz") https://eos.ucs.uri.edu/EOSWebOPAC/OPAC/Index.aspx
- ResearchGate http://www.researchgate.net/profile/William_Golz/
- Academia.edu http://independent.academia.edu/WilliamGolz

-IMPORTANT-
This email is covered by the electronic communications privacy act, 18 u.s.c. 2510-2521 and is legally privileged. The information contained in this message is confidential and is intended only for the use of the individual or entity named above. Any unauthorized disclosure or distribution of this information is prohibited. If you are not the intended recipient, please notify me immediately by returning it to me and deleting this copy from your system.

Enclosure 2

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR -8 PM 2:50

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-01152-RBJ-MEH

BENJAMIN S. CARSON, Secretary of Housing and Urban Development,

Plaintiff,

v.

WILLIAM J. GOLZ,

Defendant.

---

### NOTICE OF ERRATA IN ECF 166, EXHIBIT A
### [DEFENDANT'S (PROPOSED) SECOND AMENDED ANSWER]

---

Defendant, William J. Golz, files this Notice of Errata with Exhibit A—the corrected document that supersedes and replaces ECF 166, Exhibit A—as the (Proposed) Second Amended Answer, for the reasons provided below:

Defendant, who is not trained in the law but in civil engineering and mathematics, and as a teacher, has devoted every possible moment to researching the body of law and procedure that applies to the case now before the Court. Consequent to the events of December 18, 2018 through the January 23, 2019 status conference culminating in the March 1, 2019 order denying orders to the Clerk and for a hearing on the facts, Defendant has had to research, write, and submit a series of briefs to this Court and to the Tenth Circuit to seek appropriate relief. This in-

1

# Enclosure 3

ALLMTN,JD1,MJ CIV PP,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:17-cv-01152-RBJ-MEH

Carson v. Estate of Verna Mae Golz et al
Assigned to: Judge R. Brooke Jackson
Referred to: Magistrate Judge Michael E. Hegarty
Demand: $285,000
Cause: 28:1345 Foreclosure

Date Filed: 05/09/2017
Date Terminated: 04/08/2019
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2019 | 160 | CERTIFICATE of Service by mail by Clerk of Court re 159 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 127 MOTION for Summary Judgment filed by Benjamin S. Carson to William J. Golz, 29714 North 152nd Way, Scottsdale, AZ 85262. Text Only Entry (mdave, ) (Entered: 03/13/2019) |
| 03/13/2019 | 161 | MINUTE ORDER re: 158 Objections filed by William J. Golz. The Court has received Dr. Golz's objection to shortening the deadline for objecting to the recommendation at ECF No. 156. Frankly, I had no idea that he would object to that recommendation, as it appeared to recommend the result that Dr. Golz wanted. But, since he plans to object, I vacate the order shortening the time and await his objection, to be filed within the normal 14 days from the date the recommendation at ECF NO. 156 was entered plus three days for service by mail. By Judge R. Brooke Jackson on 3/13/19. Text Only Entry (rbjsec. ) (Entered: 03/13/2019) |
| 03/19/2019 | 162 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS held on 02/28/2019 before Magistrate Judge Hegarty. Pages: 1-9. Prepared by: AB Court Reporting & Video, Inc..<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 03/19/2019) |
| 03/22/2019 | 163 | OBJECTION to 156 Report and Recommendations filed by Defendant William J. Golz. (dkals, ) (Entered: 03/22/2019) |
| 03/27/2019 | 164 | MOTION for a Stay and an Extension of Time to File an Objection to 159 and a Second Amended-Answer [sic] by Defendant William J. Golz. (dkals, ) (Entered: 03/28/2019) |
| 03/29/2019 | 165 | ORDER denying 164 MOTION for a Stay and an Extension of Time to File an Objection to 159 and a Second Amended-Answer [sic]. By Judge R. Brooke Jackson on 3/29/19. Text Only Entry (rbjsec. ) (Entered: 03/29/2019) |
| 04/01/2019 | 166 | MOTION for Leave to Amend and to Declare Certain Motions and Recommendations Moot without Prejudice and Notice of Intent to File Counterclaims and Add an Intervenor by May 1, 2019 by Defendant William J. Golz. (Attachments: # 1 Proposed Document)(dkals, ) (Entered: 04/02/2019) |
| 04/02/2019 | 167 | Exhibit to 166 MOTION to Amend by Defendant William J. Golz. (dkals, ) (Entered: 04/02/2019) |
| 04/05/2019 | 168 | RESPONSE to Objection to 156 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 103 MOTION to Dismiss Party filed by William J. Golz filed by Plaintiff Benjamin S. Carson. (Attachments: # 1 Exhibit Transcript of Feb. 28, 2019 status conference)(Mock, Jasand) (Entered: 04/05/2019) |

| 04/08/2019 | 169 | ORDER adopting 156 and 159 Report and Recommendations; granting 103 Motion to Dismiss Party; granting 127 Motion for Summary Judgment. by Judge R. Brooke Jackson on 4/8/19. (jdyne, ) (Entered: 04/08/2019) |
| --- | --- | --- |
| 04/08/2019 | 170 | FINAL JUDGMENT in favor of the plaintiff and against the defendants by Clerk on 4/8/19. (jdyne, ) (Entered: 04/08/2019) |
| 04/08/2019 | 171 | NOTICE of Errata by Defendant William J. Golz (dkals, ) (Entered: 04/09/2019) |

# Enclosure 4

| | |
|---|---|
| **Subject:** | FW: Activity in Case 1:17-cv-01152-RBJ-MEH Carson v. Estate of Verna Mae Golz et al Order on Motion to Dismiss Party |
| **From:** | "Mock, Jasand (USACO)" <Jasand.Mock@usdoj.gov> |
| **Sent:** | 4/8/2019 3:47:26 PM |
| **To:** | "wgolz" <wgolz@alumni.lsu.edu> |
| **Attachments:** | [169] - 2019.04.08 - Carson v. Golz - ORDER adopting [156] and [159] Report and Recommendations; granting [103] Motion to Dismiss Party; granting [127] Motion for Summary .pdf |

**Jasand Mock**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0282
Email:   jasand.mock@usdoj.gov

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Monday, April 8, 2019 4:18 PM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:17-cv-01152-RBJ-MEH Carson v. Estate of Verna Mae Golz et al Order on Motion to Dismiss Party

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court - District of Colorado**

**District of Colorado**

### Notice of Electronic Filing

The following transaction was entered on 4/8/2019 at 4:17 PM MDT and filed on 4/8/2019
**Case Name:** Carson v. Estate of Verna Mae Golz et al
**Case Number:** 1:17-cv-01152-RBJ-MEH
**Filer:**
**Document Number:** 169

**Docket Text:**
**ORDER adopting [156] and [159] Report and Recommendations; granting [103] Motion to Dismiss Party; granting [127] Motion for Summary Judgment. by Judge R. Brooke Jackson on 4/8/19. (jdyne, )**

**1:17-cv-01152-RBJ-MEH Notice has been electronically mailed to:**

David Evan Hughes    dhughes@bouldercounty.org, cpeterson@bouldercounty.org, jcoil@bouldercounty.org, kgoodnight@bouldercounty.org, nleadens@bouldercounty.org, rnelson@bouldercounty.org

Jasand Patric Mock    jasand.mock@usdoj.gov, CaseView.ECF@usdoj.gov, robin.allison@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:17-cv-01152-RBJ-MEH Notice has been mailed by the filer to:**

Estate of Verna Mae Golz


Matthew J. Golz


William J. Golz
29714 North 152nd Way
Scottsdale, AZ 85262

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/8/2019] [FileNumber=6980804-0]
[1dcf901b7b1d476cba32f1b0dd7257ec0310928b757c782493add874bbe6e06bdee7
098735a04a40d4d6bf35f538919488e7dd6c138d075b226773d594e6b750]]

# Enclosure 5

| | |
|---|---|
| **Subject:** | FW: Activity in Case 1:17-cv-01152-RBJ-MEH Carson v. Estate of Verna Mae Golz et al Judgment |
| **From:** | "Mock, Jasand (USACO)" <Jasand.Mock@usdoj.gov> |
| **Sent:** | 4/8/2019 3:47:59 PM |
| **To:** | "wgolz" <wgolz@alumni.lsu.edu> |
| **Attachments:** | [170] - 2019.04.08 - Carson v. Golz - Final Judgment.pdf |

Jasand Mock
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0282
Email:   jasand.mock@usdoj.gov


**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Monday, April 8, 2019 4:40 PM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:17-cv-01152-RBJ-MEH Carson v. Estate of Verna Mae Golz et al Judgment


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court - District of Colorado**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 4/8/2019 at 4:39 PM MDT and filed on 4/8/2019
**Case Name:**     Carson v. Estate of Verna Mae Golz et al
**Case Number:**   1:17-cv-01152-RBJ-MEH
**Filer:**
**WARNING: CASE CLOSED on 04/08/2019**
**Document Number: 170**

**Docket Text:**

**FINAL JUDGMENT in favor of the plaintiff and against the defendants by Clerk on 4/8/19. (jdyne, )**

**1:17-cv-01152-RBJ-MEH Notice has been electronically mailed to:**

David Evan Hughes    dhughes@bouldercounty.org, cpeterson@bouldercounty.org, jcoil@bouldercounty.org, kgoodnight@bouldercounty.org, nleadens@bouldercounty.org, rnelson@bouldercounty.org

Jasand Patric Mock    jasand.mock@usdoj.gov, CaseView.ECF@usdoj.gov, robin.allison@usdoj.gov, usaco.ecfcivil@usdoj.gov

**1:17-cv-01152-RBJ-MEH Notice has been mailed by the filer to:**

Estate of Verna Mae Golz(Terminated)

Matthew J. Golz

William J. Golz
29714 North 152nd Way
Scottsdale, AZ 85262

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/8/2019] [FileNumber=6980902-0]
[0bf4fb0e6f933ed5fb1268f8b99c6d5e6e81a149f08622e2a5a090501e97f628d41f
531a7e9a80fad203ced53afb80ea70655506ec9def02b7b6de996d36bd09]]

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2019, I will transmit the foregoing to the Honorable J. Brooke Jackson by email (Jackson_Chambers@cod.uscourts.gov) and by Priority Mail (Certified No. 7017 1450 0000 2894 4697) and to the Clerk of the Federal District Court for the District of Colorado, by Priority Mail, (Certified No. 7018 0360 0001 6745 6860), who will send notification of such filing to any party who has entered an appearance in this matter to the email addresses on file with CM/ECF.

DATED this 10th day of April, 2019.

William J. Golz, Ph.D.
*Defendant, Pro Se*