**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2019

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| DATE | June 18, 2019 |
| To | Jeffrey P. Colwell, Esq.<br>Clerk of Court<br>Federal District Court for the District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, Room A-105<br>Denver, Colorado 80294-3589 |
| Via | Certified Mail No. 7018 0360 0001 6745 6853 |
| FROM | William J. Golz, Ph.D.<br>29714 N. 152nd Way<br>Scottsdale, AZ 85262-6942 |
| Re | D.C.COLO.LCivR 79.1(b) Retention of Defendant's Pleadings, Documents, Conventionally Submitted Materials, Exhibits, and Evidence in Civil Action No. 17-CV-01152-RBJ-MEH. |

Dear Mr. Colwell:

This is to request that you retain the above-captioned materials. Pursuant to Fed. R. App. P. 4(a)(1)(B) and 4(a)(4)(A), the Notice of Appeal is due in this District Court on or before July 8, 2019. Please reply to confirm that you have received this letter and will retain the materials as requested.

Sincerely,



William J. Golz, Ph.D.

William J. Golz, Ph.D.
29714 N. 152ND Way
Scottsdale, AZ 85262-6942



7018 0360 0001 6745 6853



Jeffrey P. Colwell, Esq.
Clerk of Court
Federal District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, Colorado 80294-3589



U.S. POSTAGE PAID
FCM LETTER
SCOTTSDALE, AZ
85255
JUN 19,19
AMOUNT
$4.05
R2304H109364-22



80294-250151

