F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2019

JEFFREY P. COLWELL
CLERK

**DATE** October 2, 2019
**FROM** William Golz, Ph.D.
29714 North 152nd Way
Scottsdale, AZ 85262-6942
**Via** Email and Certified Mail No. 7019 0140 0000 4557 0067
**To** Chief Judge Philip A. Brimmer
Federal District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A741
Denver, CO 80294
**Re** Case No. 17-cv-1152; the District Court Clerk's ongoing failure to certify the Statement of Evidence for January 23, 2019 Conference, ECF 204, for inclusion in the record on appeal. ECF 205.

Chief Judge Brimmer:

I am writing to you in your role as chief administrator pursuant to your ultimate managerial and oversight responsibility for the effective completion of administrative and management tasks within the Federal District Court for the District of Colorado (the "District Court").[1]

On May 4, 2019, my wife Annette Golz transmitted an email to you (Encl. 1, also available as ECF 176, Exh. D, at 3), attaching her verbatim transcript and an audio file of the January 23, 2019 Conference—which was purportedly not recorded by the courtroom deputy for the magistrate judge assigned to the case. See ECF 204, Attach. 1 and Attach. 2. A Statement of Evidence for that conference was proffered on August 14, ECF 200, to Plaintiff, whom, on August 26, approved it with no amendments or objections. ECF 201.

On September 12, 2019, Ms. Golz sent you a second email that attached a U.S Postal Service notice showing certified delivery of the Statement of Evidence on the morning of September 11. Encl. 2. Although it was not entered into the District Court's CM/ECF system until after that email, the Statement of Evidence was, as the docket shows, filed on September 11. ECF 204. The record on appeal (the "ROA") was docketed in both the District Court, as ECF 205, and the court of appeals on September 12. Ms. Golz's September-12 email to you stated:

---

[1] *See, e.g., Deskbook for Chief Judges of U.S. District Courts*, 13–14, § II.B.2.a, (4th ed. 2014); available, online only, at https://www.fjc.gov/content/321526/deskbook-chief-judges-us-district-courts-fourth-edition.

1

To: Chief Judge Philip Brimmer  October 2, 2019  From: William Golz, Ph.D.

Via: Email and Certified Mail No. 7019 0140 0000 4557 0067

> [T]he USPS delivered Document (2), with signature confirmation, to the District Court on September 11, 2019 at 10:42 a.m. The Clerk has not docketed "(2) Statement of Evidence" on the District Court record, and the Record on Appeal was docketed by the Tenth Circuit at 11:17 a.m. on September 12, 2019.
>
> I anticipate that the District Court will rectify their omission pursuant to Fed. R. App. P. 10(e)(2)(B) by transmitting a supplemental certified-record to the Tenth Circuit to include the omitted "(2) Statement of Evidence."

The Statement of Evidence is of fundamental importance in my appeals, and consequent to your Clerk's three-week refusal to certify it for inclusion in the ROA, I have had to file one motion that significantly relies upon the January 23 Conference where I had to cite ECF 204 in the District Court record. As 10th Cir. R. 10.4(B) provides, the appeals court can simply ignore any issue that has not been certified for inclusion, and cited to a volume and page number, in the ROA. Your Clerk has, notwithstanding my having met all of my responsibilities, deprived me of the ability to provide a sufficient record on appeal.

Your Clerk previously represented to me in writing that his courtroom deputy lacked the necessary diligence, or competence, to carry out the routine recording of the January 23 Conference. See ECF 204, Attach 2. Whatever the reason for the Clerk's office's current failure to certify ECF 204 (documenting that same conference), it cannot be dismissed as neglect. That the Clerk's office failed to accomplish two different routine tasks in a single case demonstrates a need to review management and administrative policies and procedures, hiring criteria and training throughout the District Court.

The ongoing failure to certify is within your purview to correct as you are ultimately responsible for ensuring the effective completion of administrative and management tasks at the District Court. *Supra*. As consistent with that set of responsibilities, this letter requests that you direct your Clerk to, without further delay, certify the Statement of Evidence—ECF 204, including the audio CD of the January 23, 2019 conference cited therein, ECF 174—for inclusion in the ROA. I request that you have your Clerk complete this long-overdue certification and transmittal to the court of appeals no later than Friday, October 4, 2019.

| To: Chief Judge Philip Brimmer | October 2, 2019 | From: William Golz, Ph.D. |
|---|---|---|

Via: Email and Certified Mail No. 7019 0140 0000 4557 0067

    I will appreciate your reply by mail to acknowledge your receipt of this letter and to confirm that your Clerk will complete the task of certifying and transmitting ECF 204 to the court of appeals without any additional delay.

Sincerely,



William Golz, Ph.D.

Enclosures (2)

cc: Jeffrey Colwell, Clerk of the District Court (First-Class Mail)

**Subject:** Electronic Service of Exh C: Jan. 23, 2019 Conf., Transcript & Audio w/ Declaration.
**From:** "AG ." <annette.golz@gmail.com>
**Sent:** 5/4/2019 11:05:18 PM
**To:** "Jackson_Chambers@cod.uscourts.gov" <Jackson_Chambers@cod.uscourts.gov>;"hegarty_chambers@cod.uscourts.gov" <hegarty_chambers@cod.uscourts.gov>;"jasand.mock@usdoj.gov" <jasand.mock@usdoj.gov>
**CC:** "meredith.callan.esq@gmail.com" <meredith.callan.esq@gmail.com>;"Brimmer_Chambers@cod.uscourts.gov" <Brimmer_Chambers@cod.uscourts.gov>
**Attachments:** Exh C(i) pp 11-16 Transcript Jan 23 Conf.pdf; Exh C(ii) Audio Jan 23 Conf.m4a

FedEx Tracking: https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=787047796818&language=en&opco=FX&clienttype=ivother

William Golz, Ph.D.
Research (full-text preprints)

- Los Alamos National Lab (search Author(s) "golz, w j") https://arxiv.org/search/
- Louisiana State University https://digitalcommons.lsu.edu/gradschool_dissertations/1995/
- National Sea Grant Library (search Author "golz") https://eos.ucs.uri.edu/EOSWebOPAC/OPAC/Index.aspx
- ResearchGate http://www.researchgate.net/profile/William_Golz/
- Academia.edu http://independent.academia.edu/WilliamGolz

-IMPORTANT-
This email is covered by the electronic communications privacy act, 18 u.s.c. 2510-2521 and is legally privileged. The information contained in this message is confidential and is intended only for the use of the individual or entity named above. Any unauthorized disclosure or distribution of this information is prohibited. If you are not the intended recipient, please notify me immediately by returning it to me and deleting this copy from your system.

 Virus-free. www.avast.com

Enclosure 1 of Ltr to P. Brimmer re 17-cv-01152

| | |
|---|---|
| **Subject:** | 17-cv-1152: Statement of Evidence, Delivered 9/11/19 at 10:42 a.m. (Certif No 7019 0140 0000 4557 0036) |
| **From:** | "AG ." <annette.golz@gmail.com> |
| **Sent:** | 9/12/2019 11:31:59 PM |
| **To:** | "Jackson_Chambers@cod.uscourts.gov" <Jackson_Chambers@cod.uscourts.gov>;"hegarty_chambers@cod.uscourts.gov" <hegarty_chambers@cod.uscourts.gov>;"jasand.mock@usdoj.gov" <jasand.mock@usdoj.gov> |
| **CC:** | "Brimmer_Chambers@cod.uscourts.gov" <Brimmer_Chambers@cod.uscourts.gov> |
| **Attachments:** | (1) USPS Delivery Sep 11, 2019 (Certif No 7019 0140 0000 4557 0036).pdf; (2) Statement of Evidence w Attachments & COS.pdf |

Gentleman,

I am attaching "(2) Statement of Evidence" because, once again, it was not docketed timely by Judge Jackson's records specialist. This will require correction of the Record on Appeal.

As Document (1) shows, the USPS delivered Document (2), with signature confirmation, to the District Court on September 11, 2019 at 10:42 a.m. The Clerk has not docketed "(2) Statement of Evidence" on the District Court record, and the Record on Appeal was docketed by the Tenth Circuit at 11:17 a.m. on September 12, 2019.

I anticipate that the District Court will rectify their omission pursuant to Fed.R.App.P. 10(e)(2)(B) by transmitting a supplemental certified-record to the Tenth Circuit to include the omitted "(2) Statement of Evidence."

Annette Golz

 Virus-free. www.avast.com

Enclosure 2 of Ltr to P. Brimmer re 17-cv-01152

WILLIAM GULZ, Ph.D.
29714 NORTH 152ND WAY
SCOTTSDALE, AZ 85262-6942

JEFFREY P. COLWELL, ESQ.
CLERK OF COURT
FEDERAL DISTRICT COURT FOR THE DISTRICT OF COLORADO
ALFRED A. ARRAJ UNITED STATES COURTHOUSE, ROOM A-105
901 19TH STREET,
DENVER, COLORADO 80294-3589

80294-250151

U.S. POSTAGE PAID
FCM LETTER
SCOTTSDALE, AZ
85255
OCT 03, 19
AMOUNT
$0.55
R2305P150064-13