# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 1, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  William J. Golz
            v. Marcia L. Fudge, Secretary of Housing and Urban Development

No. 20-1670
(Your No. 19-1242)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on May 13, 2021 and placed on the docket June 1, 2021 as No. 20-1670.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst