# Exhibit A

| LIST OF WITNESSES with knowledge of facts in W. Golz and A. Golz's Nov. 27, 2021 letter to Senator Warren and Congresswoman Jayapal with Exhs. 1–7 (from Sept. 3, 2021 and Oct. 4, 2021 letters to the House and Senate Judiciary Committees) ||
|---|---|
| NAME & ADDRESS | DESCRIPTION |
| Meredith Callan<br>12081 W. Alameda Pkwy.<br>Suite 451<br>Lakewood, CO 80228 | Sent correspondence and recorded voice messages in Dec. 2018 and Jan. 2019 to W. Golz on Judge Hegarty's behalf asserting that closed Estate required licensed counsel; present at Jan. 23, 2019 conference. |
| Shiwon Choe<br>USAO for N. California<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102 | AUSA assigned by K. Traskos to Golz HECM; addressee of W. Golz's Oct. 9, 2016 letter demanding HUD end criminal trespasses; HUD's co-counsel (with E. Froehlke) at time of the Dec. 2, 2016 forcible entry. |
| Phillip Cuizon<br>6745 Blazing Trail Dr.<br>Colorado Springs, CO 80922 | BLM CO contractor who police apprehended in Golz home on Dec. 2, 2016; facilitated responding officer's phone call with "Zach." |
| Molly Davenport<br>US Dist. Ct., S. Dist. of Georgia<br>124 Barnard Street<br>Savannah, GA 31401 | Courtroom Deputy Clerk for Judge Hegarty reportedly responsible for failure to record the Jan. 23, 2019 status teleconference originating from J. Mock's phone; M. Callan was present. |
| John P. Denny<br>HUD<br>110 W. 7th St., Ste. 1110<br>Tulsa, OK 74119 | HUD-Colorado Supervisor that police attempted to contact about HUD sign-in sheet and payment for BLM work order for Dec. 2, 2016 forcible entry. |
| Elizabeth Froehlke<br>Berg Hill Greenleaf Ruscitti<br>1712 Pearl St.<br>Boulder, CO 80302 | Former AUSA; addressee of Oct. 9, 2016 letter and co-counsel with S. Choe on Golz HECM on the date of Dec. 2, 2016 forcible entry, lock change, and warrantless search. |
| Jesse Loper<br>Assistant Project Manager<br>First Community Housing<br>75 E. Santa Clara St., Ste. 1300<br>San Jose, CA 95113 | Former HUD Region VIII Trial Attorney; agency counsel after Zach Mountin left HUD; J. Loper left HUD in summer 2019 shortly after J. Mock wrote "Void" on W. Golzes' payoff check after which notice of appeal was filed. |
| Jasand Mock<br>USAO for Colorado<br>1801 California St., Ste. 1600<br>Denver, CO 80202 | HUD's counsel of record following resignations of E. Froehlke (in Sep. 2017) and S. Choe (in Nov. 2017); J. Mock in effect acted as K. Traskos' defense counsel for forcible entry. |

1

| | |
|---|---|
| Zach Mountin<br>University of Colorado<br>401 UCB, 2450 Kittredge Loop Dr.<br>Wolf Law Bldg., Rm. 105S<br>Boulder, CO  80309 | Former HUD Region VIII Trial Attorney; first agency counsel for Golz HECM; responding officer at Dec. 2, 2016 forcible entry spoke to "Zach" who falsely stated HUD had foreclosed and was in possession of Golz home. |
| Kenneth Roland<br>HUD Region VIII<br>1670 Broadway<br>Denver, CO 80202 | Agency counsel following J. Loper resignation from Region VIII in 2019; K. Roland has worked for decades in key positions at Region VIII including Acting Regional Counsel. |
| Wesley Paul Aron Scott<br>1623 Woodpark Dr.<br>Colorado Springs, CO 80951 | BLM CO contractor whom (with P. Cuizon) forcibly entered the Golz home and was apprehended by police on Dec. 2, 2016. |
| Kevin Traskos<br>USAO for Colorado<br>1801 California St., Ste. 1600<br>Denver, CO 80202 | Chief of USAO/CO Civil Division who received over 150 pages of delivery verified correspondence from the Golzes in summer 2016 demanding HUD cease criminal trespasses which culminated in Dec. 2, 2016 forcible entry. |
| Tracy Willingham<br>c/o BLM CO<br>204 Playa Della Rosita, Ste. A<br>Washington, UT 84780 | BLM CO Colorado Supervisor who police attempted to contact about work order issued to P. Cuizon and W. Scott to drive 100 miles in two cargo vans on Dec. 2, 2016 to forcibly enter, change the lock, and request a search of the Golz home; T. Willingham provided HUD Region VIII, or USAO/CO, with exhibits from the police report of the forcible entry. |