# Exhibit D



April 26, 2022

Dear William Golz:

The following is in response to your request for proof of delivery on your item with the tracking number: **EJ38 6676 995U S**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 26, 2022, 9:19 am |
| **Location:** | OKLAHOMA CITY, OK 73107 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | L MCCOY |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 3.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004