# Exhibit E

USPS® Item Delivered, Front Desk/Reception/Mail Room 70210350000236158517

auto-reply@usps.com <auto-reply@usps.com>
Thu 4/28/2022 10:48 AM
To: wgolz



Hello **William Golz**,

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on April 28, 2022 in DENVER, CO 80202.

Tracking Number:
**70210350000236158517**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account

USPS® Item Delivered, Front Desk/Reception/Mail Room 70210350000236158524

auto-reply@usps.com <auto-reply@usps.com>
Thu 4/28/2022 10:06 AM
To: wgolz



Hello **William Golz**,

Your item was delivered to the front desk, reception area, or mail room at 11:02 am on April 28, 2022 in DENVER, CO 80202.

Tracking Number:
**70210350000236158524**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

My Account