# CERTIFICATE OF SERVICE

I hereby certify that I will send a copy of the document that this certificate of service transmits to the United States District Court for the District of Colorado and to the Secretary of Housing and Urban Development, through her counsel of record, at their respective addresses listed below. Transmittal will be accomplished by the means enclosed in brackets above the named addressee.

[Email]
Federal District Court for Colorado
Alfred A. Arraj U.S. Courthouse
Clerk's Office, Room A-105
901 19th Street
Denver, Colorado 80294-3589
COD_ProSe_Filing@cod.uscourts.gov

[Priority Mail]
Jasand Mock, Esq.
U.S. Attorney's Office for Colorado
1801 California Street
Suite 1600
Denver, Colorado 80202
Jasand.Mock@usdoj.gov

DATED the 3rd day of May, 2022.

_____
William Golz, Ph.D.[1]
29714 North 152nd Way
Scottsdale, Arizona 85262
Phone/Facsimile: (480) 816-5019
*Defendant, Pro Se*

---

1   Dr. Golz is served by mail.